BEFORE THE THIRD DIVISION, MARCH 24, 1965

No. 69171.—Arnart Imports, Inc., et al. *v.* United States, protests 59/22614, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

No. 69172.—Ardalt, Inc., et al. *v.* United States, protests 59/26710, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 25, 1965

No. 69173.—Atlas Bicycle Corporation et al. *v.* United States, protests 60/3821, etc. (New York).